IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


RONALD THOMAS MASKO,        )
        Petitioner,        )
              )
        vs.        )        Civil Action No. 18-612
              )
COMMONWEALTH OF        )
PENNSYLVANIA,        )
        Respondent.        )

O R D E R

AND NOW, this   18ᵗʰ  day of July, 2018, after the petitioner, Ronald Thomas

Masko, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was

filed by the United States Magistrate Judge granting the parties a period of time after being

served with a copy to file written objections thereto, and upon consideration of the objections

filed by the petitioner, and upon independent review of the petition and the record and upon

consideration of the Magistrate Judge's Report and Recommendation (ECF No. 9), which is

adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner

(ECF No. 4) is dismissed and, because reasonable jurists could not conclude that a basis for

appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that petitioner's motion for an order directing

Warden Edward E. Straw to stop impeding petitioner's access to the courts (ECF No. 5) is

dismissed as moot.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.


                                                                      s/Arthur J. Schwab
                                                                      Arthur J. Schwab
                                                                      United States District Judge

cc:     Ronald Thomas Masko
         Washington County Corrections Facility
         100 West Cherry Ave.
         Washington, PA 15301